## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DOMINIQUE SHARELLE BOOKER,      Case No. 1:12-cv-665
    Plaintiff,      Beckwith, J.
     Litkovitz, M.J.

vs.

COMMISSIONER OF      **SCHEDULING ORDER**
SOCIAL SECURITY,
    Defendant.

In accordance with the Magistrate Judges' General Order Concerning Social Security Appeals (S.D. Ohio W.D. Feb. 21, 2012), it is hereby **ORDERED** that plaintiff file a statement of errors within forty-five (45) days of the date the Commissioner files the transcript of the administrative proceedings.

The Commissioner is **ORDERED** to file a response to plaintiff's statement of errors within thirty (30) days of the date plaintiff files the statement of errors. Any reply memorandum must be filed no more than ten (10) days later.

If all parties consent under 28 U.S.C. § 636(c) to disposition of this case by the Magistrate Judge, the parties should file their consents within thirty (30) days after the administrative record is filed.

**IT IS SO ORDERED.**

Date:  12/17/2012      s/Karen L. Litkovitz
     Karen L. Litkovitz
     United States Magistrate Judge